**DAVID M. REAVES**
Bankruptcy Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Case No. 2-00-bk-00399-GBN |
| ) | |
| ICR OF SCOTTSDALE, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| _____ ) | |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3009 | 10/29/08 | Gene A. Keluche<br>c/o Phillip Tower<br>3240 E. Union Hills Dr., Ste. 167<br>Phoenix, AZ 85050 | $1,490.65 |

Dated this 15th day of March, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 11 Trustee